IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILFREDO PEDRAZA | : | CIVIL ACTION |
| v. | : | |
| MICHALE WENEROWICZ, *et al.* | : | NO. 12-3364 |

**ORDER**

AND NOW, this 27 day of November, 2013, upon consideration of the Amended Petition for Writ of Habeas Corpus, the Commonwealth's Response thereto, the other documents filed by the parties, and after review of the Supplemental Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Supplemental Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Amended Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing; and

3. Petitioner has neither shown a denial of federal constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his sole claim. Therefore, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.